# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DALISA ABREU, | ) |
| | ) |
| Plaintiff, | ) **Case No.: 2:14-cv-05388-SDW-MCA** |
| v. | ) |
| | ) |
| PERFORMANT RECOVERY, INC., | ) **NOTICE OF SETTLEMENT** |
| f/k/a DIVERSIFIED COLLECTION | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **NOTICE OF SETTLEMENT**

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: <u>March 20, 2015</u>          /s/ Amy L. Bennecoff Ginsburg
                                     Amy L. Bennecoff Ginsburg, Esquire
                                     Kimmel & Silverman, P.C.
                                     1930 East Marlton Pike, Suite Q29
                                     Cherry Hill, NJ 08003
                                     Phone: (856) 429-8334
                                     Fax: (856) 216-7344
                                     Email: aginsburg@creditlaw.com
                                     Attorney for the Plaintiff

- 1 -

NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

Filed electronically on this 20th day of March, 2015, with:

    United States District Court CM/ECF system

Notification sent electronic mail on this 20th day of March, 2015, to:

    Richard J. Perr. Esq.
    Fineman, Krekstein & Harris, P.C.
    BNY Mellon Center
    1735 Market Street, Ste. 600
    Philadelphia, PA 19103
    RPerr@finemanlawfirm.com

                                By: <u>/s/ Amy L. Bennecoff Ginsburg</u>
                                     Amy L. Bennecoff Ginsburg
                                     Kimmel & Silverman, P.C.
                                     Attorney for Plaintiff